IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CAROLYN SUE THOMAS, § | |
| Plaintiff, § | |
| § | |
| v. § | No. 3:25-CV-81-N-BW |
| § | |
| WELLS FARGO BANK, N.A., et al., § | |
| Defendants. § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the Court will **DISMISS** this action without prejudice for lack of subject matter jurisdiction. The Court **DENIES** the plaintiff's request for injunctive relief.

**SO ORDERED** this 7th day of March, 2025.

_____
DAVID C. GODBEY
CHIEF UNITED STATES DISTRICT JUDGE